# THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 206
NEW YORK, NY 10007

TEL: (212) 766-9870
FAX: (212) 766-9869
E-MAIL: FZ@FZAPATALAW.COM
WEB: WWW.FAUSTOZAPATA.COM

January 8, 2016

Via ECF
Magistrate Judge Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers Room 1230
Brooklyn, New York 11201

        Re:    Gokhan Ozpinar, et al. v. L & G Delite, LLC, et al., 13 Civ. 7368 (SJ) (CLP)

Dear Judge Pollak,

We represent the Plaintiffs in the above referenced matter. We write on behalf of both parties to respectfully request the withdrawal of the submission filed by Plaintiffs on January 4, 2016, as well as the submission filed by Defendants earlier today. Further, the parties respectfully request permission to address the terms of the settlement, including, but not limited to, its fairness and reasonableness, at the telephone fairness hearing currently scheduled for January 13, 2016.

Thank you in advance for your consideration of this request.

        Respectfully,

        *Kelly Ann Taddonio*

        Kelly Ann Taddonio

C:    J. Meyer
      A. Solomon
      File