US MAGISTRATE JUDGE CHERYL L. POLLAK       DATE: 1/13/16

TIME SPENT: _____

DOCKET NO. 13 CV 7368

CASE: Ozpinar v L & G Deli

____ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE         ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE        ____ TELEPHONE CONFERENCE
____ MOTION HEARING               ____ ORAL ARGUMENT

MANDATORY DISCLOSURE:

____ COMPLETED              _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____       DEF. TO SERVE PL. BY: _____

RULINGS: Fairness hearing held
Order to issue