UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GOKHAN OZPINAR, KAAN TEKIN
and SEVTAP BATIR,

                      Plaintiffs,

    -against-

L & G DELITE, LLC, LARRY
PANAGIOTOPOLUS, as Owner and Manager,
LISA PANAGIOTOPOLUS, as Manager and
JOHN PANAGIOTOPOLUS, as Manager,

                      Defendants.
------------------------------------------------------------X

Docket No.: 13 CV 7368 (CLP)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs; and Plaintiffs are precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay for the period set forth in Plaintiffs' Complaint.

15

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Dec. 15, 2015

The Law Offices of Fausto E Zapata Jr, P.C.
Attorneys for Plaintiffs

Fausto Zapata, Esq.
227 Broadway, Suite 206
New York, New York 10007
(212) 766-9870

Dated: 1/16, 2015

Kaufman Dolowich & Voluck, LLP
Attorneys for Defendants

By:
Jeffery A. Meyer, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

SO-ORDERED

/s/ Cheryl Pollak
The Hon. Cheryl L. Pollak, U.S.M.J.

2/17/16

4814-1388-2666, v. 1

4817-9329-3611, v. 1

16